# IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES
AND PUBLIC SAFETY, PAROLE AND
PROBATION DIVISON; AND THE
STATE OF NEVADA,
Real Parties in Interest.

No. 83588

FILED

NOV 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed on October 7, 2021, without payment of the requisite filing fee. *See* NRAP 21(g). That same day, this court issued a notice directing petitioner to pay the required filing fee or demonstrate compliance with NRAP 21 within 10 days. The notice advised that failure to comply would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-32015

cc: Hon. Ronald J. Israel, District Judge
Felton L. Matthews, Jr.
Attorney General/Carson City
Eighth District Court Clerk